**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Maria Twigg,   Civ. No. 13-2630 ADM/JJK

      Plaintiff,

v.

                                  **ORDER**

U.S. Bank, NA, as Trustee for the
Structured Asset Investment Loan
Trust, 2005-9,

      Defendant.

---

      William B. Butler, Esq.,[1] Butler Liberty Law, LLC, counsel for Plaintiff.

      Jessica Z. Savran, Esq., and Charles F. Webber, Esq., Faegre Baker Daniels LLP, counsel for Defendant.

---

      Based upon the Report and Recommendation by U.S. Magistrate Judge Jeffrey J. Keyes, dated February 5, 2014, with all the files and records,

---

[1]     A disciplinary action against Mr. Butler is pending in the District of Minnesota based upon his noncompliance with sanctions orders in several foreclosure related actions. Dist. of Minn. Civ. File No. 13mc49 MJD, In the Matter of the Petition for Disciplinary Action Against William Bernard Butler. On December 26, 2013, the Eighth Circuit issued an order suspending Mr. Butler from practice before the Eighth Circuit "until he has either paid the sanctions ordered by the United States District Court for the District of Minnesota, or the District of Minnesota has made findings that he has substantially complied with his obligations to it." Order of 12/26/13, In re: William Bernard Butler, No. 13-9013 (8th Cir.). On January 14, 2014, Mr. Butler was likewise suspended from practice in the District of Minnesota pursuant to Order issued by Chief Judge Michael J. Davis in the disciplinary matter.

and no objections having been filed to said Recommendation, **IT IS HEREBY ORDERED** that:

    1.    Defendant's motion to dismiss is **GRANTED**; and

    2.    This action is **DISMISSED WITH PREJUDICE**.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Date: February 26, 2014        s/Ann D. Montgomery

                                                      _____
                                                      Ann D. Montgomery
                                                      United States District Court Judge